IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | | |
|---|---|---|
| ANDERSON LEONEL MOROCHO MOROCHO, Petitioner,<br>v.<br><br>DAVID VENTURELLA, *in his official capacity as Acting Director of Immigration and Customs Enforcement;* LEONARD ODDO, in his official capacity as Warden of Moshannon Valley Processing Center MARKWAYNE MULLIN, *Secretary of Homeland Security*; and TODD BLANCHE, *U.S. Attorney General.*<br><br>Defendants | ) | **<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>**<br><br>CASE No. 3:26-cv-01927-SLH |

**<u>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)</u>**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, Anderson Leonel Morocho Morocho and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants: David Venturella, Leonard Oddo, Markwayne Mulin, and Todd Blanche.

Respectfully submitted,

Dated: October 14, 2026

*<u>/s/Leena Khandwala</u>*____________
Leena Khandwala
Rutgers Law School
Immigrant Rights Clinic
123 Washington Street
Newark, New Jersey 07102
Tel: 973-353-3182
leena.khandwala@rutgers.edu
*Pro Bono Counsel for Petitioner*
NJ Bar ID: 373222023

Case 3:26-cv-01927-SLH Document 6 Filed 10/15/26 Page 2 of 2

*/s/ Diego Gonzalez Cordero*
Diego Gonzalez Cordero*
Rutgers Law School
Rutgers Immigrant Community Assistance Project (RICAP)
217 N 5th St.
Camden, NJ 08102
Tel: 973-902-3538
Dag271@law.rutgers.edu
*NJ Bar ID: 332092021*
**Application for admission forthcoming*

AND NOW, this 16th,
day of October, 2026,
IT IS SO ORDERED.
Stephanie L. Haines
UNITED STATES DISTRICT JUDGE